United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| NORMAN BURGHARDT, § § Plaintiff. § § V. § § BANK OF AMERICA, N.A., *et al.*, § § Defendants. § | 3:25-cv-00145 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 12, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 17. Judge Edison filed a memorandum and recommendation on November 5, 2025, recommending that motions to dismiss filed by Defendant Bank of America, N.A. (Dkt. 21) and Defendants Federal National Mortgage Association and FNMA 2006-128 Trust (Dkt. 23) be granted. Dkt. 27.

The parties have not filed any objections to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 27) is approved and adopted in its entirety as the holding of the court;

(2)  Defendant Bank of America, N.A.'s motion to dismiss (Dkt. 21) and Defendants Federal National Mortgage Association's and FNMA 2006-128 Trust's motion to dismiss (Dkt. 23) are granted; and

(3)  Burghardt's First Amended Complaint (Dkt. 9) is dismissed.

SIGNED on Galveston Island this 12th day of January 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE